**UNITED STATES of America, Plaintiff—Appellee**

v.

**Mark A. SMITH, Defendant—Appellant.**

**No. 06–10466**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

April 27, 2007.

Jordan Andrew Konig, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Allen Butler, Hunton & Williams, Dallas, TX, for Defendant–Appellant.

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM: *

Mark A. Smith appeals from the sentence imposed following his guilty plea conviction for being a felon in possession of a firearm. Smith's plea agreement contained an appeal waiver, which the Government seeks to enforce. Smith's attempt to construe the sentencing court's statements regarding his right to appeal as an interpretation of the appeal waiver provision lacks merit. The sentencing court's erroneous statements regarding Smith's right to appeal did not negate an otherwise

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

knowing and voluntary waiver. *See United States v. Gonzalez,* 259 F.3d 355, 358 (5th Cir.2001). Moreover, the Government has not waived enforcement of that waiver. *See United States v. Acquaye,* 452 F.3d 380, 382 (5th Cir.2006); *United States v. Melancon,* 972 F.2d 566, 568 (5th Cir. 1992). Accordingly, Smith's appeal seeking to challenge the district court's application of a U.S.S.G. § 2K2.1(b)(5) adjustment is barred by his appeal waiver. *See Melancon,* 972 F.2d at 568.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.